# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LOAN THI DAO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause of Action No.04-CV-2332-KHV-JPO |
| | ) | |
| | ) | |
| HY-VEE, INC. | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON, this 13th day of June, 2005, on the unopposed notice of plaintiff to dismiss her cause of action with prejudice with each side to bear its own costs and expenses the Court sustains the same.

IT IS SO ORDERED.

                                                                           s/ Kathryn H. Vratil
                                                                           Kathryn H. Vratil
                                                                          U. S. District Court Judge